Rafael A. González, peticionario y apelado, *v*. La Junta Examinadora de Ingenieros, Arquitectos y Agrimensores, Etc:, demandada y apelante.

No. 4829.—*Sometido:* Junio 7, 1929. *Resuelto:* Febrero 14, 1930.

Attorney General James R. Beverley. y *Felipe Janer, Sub-Procurador,* abogados de la apelante; *E. Martínez Avilés,* abogado del apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Rafael A. González presentó una solicitud a la Junta Examinadora de Ingenieros, Arquitectos y Agrimensores para la obtención de una licencia como arquitecto. Su solicitud estaba debidamente jurada y aparece que de acuerdo con los principios enunciados en los casos de *Ramón Llovet Díaz* v. *La Junta Examinadora, etc., ante* p. 583, y *Luis S. Arán Zuzuarregui* v. *La Junta, etc., ante* p. 589, la junta no tuvo ante sí prueba en contrario y que por tanto estaba obligada a expedir la licencia.

El primer señalamiento de error se refería a la indebida consideración por la corte de ciertos documentos que fueron presentados después del juicio. El apelado dice que se convino en que esos documentos serían así presentados, pero admite que nada hay en los autos que haga constar eso. Por otra parte los alegados documentos objetables no han sido elevados como "exhibits" a esta corte y por tanto no hallamos forma adecuada alguna de considerarlos. Si se hace

referencia a la opinión de la corte inferior aisladamente, entonces estamos obligados a asumir, en ausencia de prueba en contrario, que la corte tuvo debidamente ante sí los documentos. De las alegaciones, la prueba y la actuación de la corte puede asumirse que el peticionario cumplió con la ley. Suponiendo que los documentos estuvieron debidamente ante la corte inferior, nada encontramos en el alegato de la apelante que nos convenza de que la corte estuvo equivocada al expedir el auto perentorio por haber dejado el peticionario de presentar su solicitud a la junta en tiempo.

*La sentencia apelada debe ser confirmada.*